**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| STEPHANIE LESTER | PLAINTIFF |
| v. Case No. 12-5274 | |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration | DEFENDANT |

### ORDER

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 23rd day of April, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE